IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA

IN RE: FRANKLIN WILLIAMS * MC 117-001

ORDER

On July 25, 2017, this Court entered an Order sanctioning Franklin Williams as a serial abusive filer. The Order opened this miscellaneous case file for all future filings and directed that Williams' filings be screened by the presiding District Judge prior to allowing a new civil action to be opened.

Williams filed a Notice of Appeal from this Order, and he also filed a Motion for Reconsideration, which remains pending.[1] The Motion for Reconsideration sets forth no new grounds or argument that would convince this Court that its Sanction Order was improper or unwarranted. Accordingly, upon due consideration, the Court hereby **DENIES** the Motion for Reconsideration (doc. 3).

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Eleventh Circuit Court of Appeals recently dismissed Williams' appeal of the matter.